IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MIGUEL MORALES, ) | |
|        Petitioner, ) | |
| vs. ) | No. 3:12-CV-0332-P-BH |
| ) | |
| MAUREEN CRUZ, Warden, ) | |
|        Respondent. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice for lack of jurisdiction.

If petitioner files a notice of appeal, he must pay the $455.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

SIGNED this 15th day of April, 2013.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE